

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-14-00906-CV

David **MAUK,**
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

# O R D E R

On March 19, 2015, Appellant filed his reply brief and noted Appellees' brief contained no citations to the record. *See* TEX. R. APP. P. 38.2 (requiring appellee's brief to "conform to [most] requirements of Rule 38.1" such as "appropriate citations to authorities and to the record"). On March 27, 2015, Appellees moved this court to allow them to file an amended brief that includes citations to the record.

Appellees' motion is GRANTED; Appellees' amended brief is filed. *See id.* R. 38.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court